PER CURIAM.
Affirmed. See Travelers Insurance Co. v. Bartoszewicz, 404 So.2d 1053 (Fla.1981); New Amsterdam Casualty Co. v. Hart, 153 Fla. 840, 16 So.2d 118 (1943); Florida Insurance Guaranty Association v. Cope, 405 So.2d 292 (Fla. 2d DCA 1981); Mackoul v. Fidelity & Casualty Co. of New York, 402 So.2d 1259 (Fla. 1st DCA 1981), review denied, 412 So.2d 467 (Fla.1982); Biondino v. Southern Farm Bureau Casualty Insurance Co., 319 So.2d 152 (Fla. 2d DCA 1975).